UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FLORES HERNANDEZ,

                    Plaintiff,

          – against –

JACKPOT DISCOUNT INC., DYCKMAN
DISCOUNT INC., WILLOUGHBY
DISCOUNT INC., *and* JIAN REN CHEN,
                    Defendants.

**ORDER**
25-cv-2056 (ER)

Ramos, D.J.:

     Jose Flores Hernandez brought this action against Jackpot Discount Inc., Dyckman

Discount Inc., Willoughby Discount Inc., and Jian Ren Chen on March 12, 2025.  Doc. 1.

Defendants moved to dismiss the complaint on October 31, 2025, Doc. 22, and Plaintiff filed a

brief opposing the motion on November 20, 2025, Doc. 24.  Since then, Defendants have not

filed a reply brief in support of their motion.  Defendants are therefore directed to file a reply by

April 20, 2026.  Failure to do so will result in the motion being deemed fully briefed.

     It is SO ORDERED.

Dated:    April 13, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.