USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES HERNANDEZ,

Plaintiff,

-v-

JACKPOT DISCOUNT INC., ET AL,

Defendants.

**ORDER**

25-CV-2056 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 11, 2026, this case was referred to the undersigned for settlement. ECF No. 32.

A conference is scheduled on **September 21, 2026,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 910 301 580#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge