USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES HERNANDEZ,

Plaintiff,

-v-

JACKPOT DISCOUNT INC., ET AL,

Defendants.

**ORDER**

25-CV-2056 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on September 21, 2026 to discuss settlement procedures and scheduling a future settlement conference. For the reasons articulated at the conference, the parties shall confer on their availability for a virtual settlement conference and file a letter containing the dates they are available by **September 25, 2026**.

**SO ORDERED.**

Dated: September 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge